UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-43 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Steger |
| MORGAN FAITH CHANDLER | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 62] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the twenty count Indictment; (2) accept Defendant's guilty plea to Count One of the twenty count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute 40 grams or more of fentanyl in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 62] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to Count One of the twenty count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the twenty count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute 40 grams or more of fentanyl in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B), and 846;

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **March 19, 2026, at 2:00 p.m.**

**SO ORDERED.**

/s/ Charles E. Atchley, Jr.
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**